MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

**RECEIVED 10 AUG 18 AM 11: 15 U.S. BANKRUPTCY COURT ST. PAUL, MN**

### Unclaimed Dividends and/or Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Jeanine Rae Miller

Chapter 7

Case No. 09-32211

Please Check One:

____   Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US Bank<br>PO Box 5229<br>Cincinnati, OH 45201 | 8 | $98.99 | $4.37 |

Date: August 17, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475